BUHWAL, S,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CONNELLY M.D.,

    Plaintiff,

v.

JACK GRAY, ECCE CULINA, LLC, and CHESTNUT GROUP, LLC.,

    Defendants.

No. 05-CV-6529



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/05

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, no party is an infant, an incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by their authorized undersigned representatives, hereby stipulate and agree that the above-captioned action, be and hereby is dismissed with prejudice, with each party bearing its own costs and attorneys fees, and waiving all rights of appeal.

| | |
|---|---|
| MICHAEL CONNELLY M.D., | JACK GRAY, ECCE CULINA, LLC, and CHESTNUT GROUP, LLC., |
| Plaintiff,<br>By his attorneys, | Defendants,<br>By their attorneys, |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>By: _____<br>Peter Zlotnick, Esq. (PZ-5386) | FRANKFURT KURNIT KLEIN & SELZ, P.C.<br>By: _____<br>Brian E. Maas, Esq. |
| The Chrysler Center<br>666 Third Avenue, 25th Floor<br>New York, NY 10017<br>Tel: (212) 935-3000<br>Fax: (212) 983-3115 | 488 Madison Avenue<br>New York, NY 10022<br>Tel: (212) 980-0120<br>Fax: (212) 593-9175 |
| -and- | |
| Michael F. Connolly, Esq.<br>Breton Leone-Quick, Esq.<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111<br>Tel: (617) 542-6000<br>Fax: (617) 542-2241 | Date: 9/12/05 |
| Date: 9/12/2005 | |

SO ORDERED:

_____
Hon. Naomi R. Buchwald, U.S.D.J.

9/19/05

2

LIT 1540567v.2